IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

TINA NORRIS, MELISSA BLEVINS and
APRIL YARBER, surviving children and next
of kin of TERESA NORRIS; and APRIL
YARBER, Administrator of the Estate of
TERESA NORRIS

                Plaintiffs

vs.                                                  No. 2:12-CV-00415
                                                      Judge Greer
                                                      Magistrate Inman

MOUNTAIN STATES HEALTH ALLIANCE
d/b/a THE TRANSPLANT CENTER at JOHNSON         Jury Demanded
CITY MEDICAL CENTER; BLUE RIDGE MEDICAL
MANAGEMENT CORPORATION d/b/a BLUE RIDGE
SURGICAL ASSOCIATES; JOSEPH LEE, M.D. and
JON JONES, M.D.

                Defendants

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure,* the parties hereby stipulate that all claims against all the Defendants are hereby dismissed with full prejudice.

It is further agreed that this action is not subject to the provisions of Rules 23(e), 23.1(c), 23.2 or 66, *Federal Rules of Civil Procedure,* or of any statute of the United States that would prohibit the voluntary dismissal of this cause without Court approval.

These Defendants and the Plaintiffs will bear and assume their own respective discretionary costs and attorney's fees.

Respectfully submitted,

s/ John S. Bingham  
John S. Bingham (BPR#006263)  
Counsel for Plaintiffs  
1397 East Center Street  
Kingsport, TN. 37664  
Telephone: (423) 246-9100  
Fax: (423) 247-9282  

s/Frank H. Anderson, Jr.  
Frank H. Anderson, Jr. (BPR#006723)  
Counsel for Defendant  
c/o MSHA Legal Department  
400 North State of Franklin Road  
Johnson City, Tennessee 37604  
Telephone: (423) 302-3416  
Fax: (423) 302-3449  
E-mail: AndersonFH@msha.com  

s/ Jeffrey M. Ward  
Jeffrey M. Ward (BPR#016329)  
s/ Brandy M. Burnette  
Brandy M. Burnett (BPR#021853)  
Counsel for Defendants, Blue Ridge Medical Management Corporation d/b/a Blue Ridge Surgical Associates and Joseph Lee, M.D.  
P.O. Box 1060  
Greeneville, Tennessee 37744-1060  
Telephone: (423) 639-6811  
Fax: (423) 639-0278  

s/ Jimmie C. Miller  
Jimmie C. Miller (BPR#009756)  
s/ Meredith B. Humbert  
Meredith B. Humbert (BPR#024512)  
Counsel for Defendant, Jon Jones, M.D.  
P.O. Box 3740  
Kingsport, Tennessee 37664  
Telephone: (423) 378-8851  
Fax: (423) 378-8801